*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and THORNHILL
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Carlos A. RODRIGUEZ**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202400005**

———————————

Decided: 29 January 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Matthew M. Harris (arraignment)
Derek A. Poteet (motions and trial)

Sentence adjudged 7 September 2023 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 79 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Thomas O. Walker, JAGC, USN*

---

[1] Appellant was credited with having served 103 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.